**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Wilmington Trust, NA, successor trustee to
Citibank, N.A., as Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-8,
Mortgage Pass-Through Certificates, Series 2006-8

Case No: <u>22-19682 JKS</u>

Chapter: <u>13</u>

Judge: <u>John K. Sherwood</u>

In Re:

Yeni Martinez

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-8, Mortgage Pass-Through Certificates, Series 2006-8. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/15/2022

/s/ *Denise Carlon*
Denise Carlon
15 Dec 2022, 12:45:15, EST

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*