PRO SE
,

Re:  YENI MARTINEZ                                                      Atty:  PRO SE
    335 BOULEVARD AVENUE                                          ,
    PASSAIC,  NJ  07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-19682

**RECEIPTS AS OF 01/13/2023**     (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023**     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICA FIRST FINANCE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | EXETER CAR | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | MISSION LANE VISA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING, INC | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | U.S. TRUSTEE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $0.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $0.00     =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.